Civil Action No. 26-3439

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States Attorney for the District of Columbia was received by me on *(date)* 10/05/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*:
I served the U.S. Attorney by email on October 5, 2026. The service package was received and accepted with a service date of October 5, 2026, as shown on the attached email.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2026

/s Adam R. Pulver
*Server's signature*

Adam R. Pulver
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

## Adam Pulver

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Monday, October 5, 2026 4:18 PM |
| **To:** | Adam Pulver; USADC-ServiceCivil |
| **Subject:** | RE: Public Citizen v. U.S. Department of Education - 26-3439 |

Your submission has been received by email on October 5, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Adam Pulver <apulver@citizen.org>
**Sent:** Monday, October 5, 2026 3:58 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Public Citizen v. U.S. Department of Education - 26-3439

Please see the attached summons and complaint.
Thank you

Adam R. Pulver
he/him/his
Attorney
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7790
apulver@citizen.org